

# Fourth Court of Appeals
## San Antonio, Texas

October 15, 2014

No. 04-14-00459-CV

**FIBERLIGHT LLC,**
Appellant

v.

**UNION PACIFIC RAILROAD CO.,**
Appellee

From the 408th Judicial District Court, Bexar County, Texas
Trial Court No. 2014-CI-08880
Honorable Martha B. Tanner, Judge Presiding

## O R D E R

Sitting: Sandee Bryan Marion, Justice
    Marialyn Barnard, Justice
    Rebeca C. Martinez, Justice

Appellee's brief is due on October 22, 2014. Appellee has filed its first request for an extension of time in which to file the brief. Appellee requests a sixty-six day extension because that is the total amount of time this court granted appellant. The request is GRANTED in part and DENIED in part.

Appellee's brief is due <u>no later than December 1, 2014</u>. No further extensions of time will be considered or granted absent extenuating circumstances.

_Sandee Bryan Marion_
Sandee Bryan Marion, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 15th day of October, 2014.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court